UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
JAN 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Jeffory Latham

_____
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Joseph Burke, Lt Buczkowski
Lt Davis, Lt Brown, Lt Sawer
Lt Givens, C/O J. Allen
Sgt Grant, Med-Tech Thomas
Warden, Dee Battaglia
Director, Joseph Burke
(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case _____
(To be supplied by the Clerk of this Court)

08CV303
JUDGE HOLDERMAN
MAG. JUDGE VALDEZ

CHECK ONE ONLY:

✓ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

___ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331(a) U.S. Code (federal defendants)

___ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

1

Defendant. Dee Battagia
title Warden
Place of Employment; Stateville Correctional Center

Defendant; L.t. Buczkowski
title Lieutenant
Place of Employment; Stateville Correctional Center

Defendant; Lt. Davis
title Lieutenant
Place of Employment; Stateville Correctional Center

Defendant; Sergent, Grant
title Sergent
Place of Employment; Stateville Correctiona Center

Defendant; Lt. Givens
title Lieutenant
Place of Employment; Stateville Correctional Center

Defendant; Lt Sawer
title Lieutenant
Place of Employment; Stateville Correctional Center

Defendant; J. Allen
title; Correctional Officer
Place of Employment; Stateville Correctiona Center

Defendant; Med-tech thomas
title Med-tech
Place of Employment; Stateville Correctional Center

Defendant; Joseph Burke
title Deputy Director
Place of Employment; Deputy Director of Northen District 2
              Stateville Correctional Center

(2)

Defendants" LT, MARK WILSON
title Lieutenant
Place of Employment Stateville Correctional Center

Defendant LT Brown
title Lieutenant
Place of Employment Stateville Correctional Center

I. **Plaintiff(s):**

A. Name: Jeffery Latham

B. List all aliases: Jeffery Brown

C. Prisoner identification number: #B30158

D. Place of present confinement: Hill Correctional Center

E. Address: P.O. Box 1700 Galesburg IL 61402

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Joseph Burke
Title: Deputy Director of Northern District 1
Place of Employment: Stateville Corr. Center

B. Defendant: Lt. Mark Wilson
Title: Lieutenant
Place of Employment: Stateville Corr. Center

C. Defendant: Lt. Brown
Title: Lieutenant
Place of Employment: Stateville Corr. Center

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A. Is there a grievance procedure available at your institution?

YES (✓)   NO ( )   If there is no grievance procedure, skip to F.

B. Have you filed a grievance concerning the facts in this complaint?

YES (✓)   NO ( )

C. If your answer is **YES**:

1. What steps did you take?
Filed Grievance June 10th and Never received any response

2. What was the result?
No Response
Filed letters with Warden and Springfield and No results

3. If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

I Appealed to Counselors and Warden and Springfield No one responded

D. If your answer is **NO**, explain why not:
After letters to ▓▓ Warden and grievance office I was Retaliated Against and Shipped to Menard For No Reason

E. Is the grievance procedure now completed? YES ( ) NO ( )

F. If there is no grievance procedure in the institution, did you complain to authorities? YES (✓) NO ( )

G. If your answer is YES:

1. What steps did you take?
   Filed Four letters to grievance officals also to the warden and to Springfield via Stateville Mail

2. What was the result?
   None

H. If your answer is NO, explain why not:
   Kept getting No Answer from grievance officer or Warden Then Shipped to menard for No Reason

4

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: _N/A_

B. Approximate date of filing lawsuit: _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _N/A_

D. List all defendants: _N/A_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F. Name of judge to whom case was assigned: _____

G. Basic claim made: _N/A_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _N/A_

H. Approximate date of disposition: _____

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

V.  **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On the date of May 26th I Mr Jeffery Latham #B30158 was in Seg in unit-E-House 252 at Stateville corr, ctr a incident took place which put my health and safty at risk, Medical attention was denied. All officals Just Simply Stood by and let the incident happen. The staff members who started this incident was Lt Mark Wilson, Sgt Grant, Sgt Grant and Lt. Mark Wilson went to an inmate cell exchanged words opened the door to his cell and began to beat him and kick him in his head. The two then sprayed the unit and inmate with Mace along with Lt Brown and Lt Givens who stoped at cell E-129 and did the Same with another inmate they open two cans of mace and put them inside the cell which caused myself and others Breathing Problems, I have heart problems and asthma, I asked Lt Davis, Lt Brown, Lt Buczkowski for medical attention they said you should have Alflac and started laughing

6

Sgt Grant was smoking in a none smoking unit and fliped a lit cigarett in a trash can which caught on fire sending smoke and toxic all over the cell-house the Named officals let the fire burn four hours and I kept telling them I couldn't breath which put my life in Jeopardy. C/o Allen C/o Edwards C/o Phelps C/o Palma also joined in on the beating of the inmate C/o Allen held him down with his foot on his head while in handcuffs

I told Med-tech Thomas that I needed a breathing treatment because of the smoke and my asthma, he stated sorry thats what happens when someone fucks with staff.

C/o Allen, Lt Wilson, Sgt Grant initiated the whole incident that subjected the Plainiff to inhale the smoke and toxic from the burning trash, Mattress and chemical while doing nothing to put out the fire. This is deliberate indifference on the Named Defendants Lt Bierkowski failed to protect Plaintiff saftey and health by standing at the door with a fire extinguisher and allowing the fire to burn. he could have opened the door to let the smoke out or put the fire out he ▓▓▓ decided not to do anything except walk around doing nothing.

7

After leaving Whit-P-House I was placed in to C-House I was still having Chest pains And breathing problems upon speaking with med-tech MRS Fryer she put me in to health care where it was decovered that my heart mucles were around the heart is not Right because of stress around the heart from the smoke inside my lungs therefore I had to take Nitroglycerin Tablets

I was also told by Sgt Grant to stop my Grievance or he would make it hard for me to stay in Stateville, And Sgt Grant also told me that I had better stop Conley before things get out of hand. I told Lt Sawer who was LT in C-House about Sgt grant had threatin me. LT Sawer did nothing but walked away. Then I wrote letters to Warden Dee Battagia and put her on Notice about the threats And got no Responce, then I wrote letter to springfield with no Responce
letter I was Retaliated against from the officals at Stateville Corr Center my mail would be missing my Phone Calls would be cut off, then at about 7:am sept 2 I was transfured by orange crush without packing my property And my TV was cracked my AM-FM-Radio missing $200 in food missing typewriter Adapter missing ect.

**VI.   Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

To be Awarded compensatory damages as well as as to Nominal and punitive damages for as to long standing and vasive and deliberate indifference to protect my health and saftey for the sum of $25,000, and whatever the court fells that should be appropriate, plus copying fees, And I want Defendants to be criminally prosecuted for vol violating my civil Rights

I declare under penalty of perjury that all facts given in the complaint are true and correct.

Signed this 2nd day of Jan, 2008

```
OFFICIAL SEAL
GARETH L. BEAMS
Notary Public - State of Illinois
My Commission Expires Sep 21, 2011
```

Gareth T Beams
NOTARY PUBLIC

Jeffery Lathrun
(Signature of plaintiff or plaintiffs)

B30158
(I.D. Number)

P.O. Box 1700

Galesburg IL

61401.
(Address)

8

"Defendant" LT. Givens, was deliberately indifferent to denied plaintiff health and saftey and subjected plaintiff to crule and unusual punishment, where when LT. Givens and LT Brown opened up a chuckhole in cell 129 A very small era and put in two cans of Mace knowing the chemicals would cause breathing problems, LT Givens put plaintiff health at Risk and denied plaintiff medical attention when plaintiff asked for help.

"Defendant" LT Brown; subjected the plaintiff to cruel and unusual punishment by denining plaintiff health and saftey and protection where LT. Brown joined Lt Givens in spraying chemical agents in a very small area know it would cause breathing problems, LT Brown stoodby and watched the fire burn out of control and did nothing to put out the fire or open a door to let the smoke out

"Defendant" LT. Sawer denied plaintiff of his constitutional rights that guarantees that prison officials provid saftey to inmates LT Sawer deliberately stoodby and watched as the fire got out of hand along with other officals, Lt Sawer als threatin plaintiff to drop his greivance of the fire incident along with Sgt Grant plaintiff was Retaliated against by LT Sawer and Sgt grant with shippment to menard for no reason except retalitation plaintiff was placed into cell-house with Sgt, grant and LT, Sawer, after this fire incident.

"Defendant" LT. Davis subjected plaintiff to crule and unusual punishment by not taking control of the situation since he was the LT in charge of the shift, LT Davis failed to protect plaintiff health and saftey by standing by and stating let it burn they will learn next time not to mess with staff, LT Davis was deliberate indifference when he did not take control of the situation or his follow officers he could have ordered to open the doors to let the smoke out

"Defendant" Deputy Director Joseph Burke subjected plaintiff to cruel and unusual punishment and was deliberate indifferent to protect the health and saftey when plaintiff put Director Joseph Burke and other officals on notice about the incident and the retaliation from officals sgt's and LT's

"Defendant" Dee Battaglia, Warden at the time of this incident was placed on notice of this incident and denied plaintiff protection from officals and C/O's. Defendant also knew that Sgt Grant was giving threats to inmates who filed grievances and did nothing to stop Sgt grant or other officals in this incident; Defendant also knew that plaintiff was being retaliated against for filing grievances and did nothing to protect his saftey

"Defendant" Sgt Grant, was sergent at F-House when he started this incident by calling a inmate a baby rapiest and opening his cell without reason Defendant put plaintiff health at risk by spraying mase out in the open and throwing a lit smoke in a gray garbage can with lots of garbage and form trays which started a fire and did nothing to put the fire out Plaintiff asked Sgt grant for medical attention Sgt grant denied medical stating he had Aflac to bad you don't, Defendant was cruel and deliberate and unusual punishment on Sgt grants behalf.

"Defendant" J. Allen, was the correctional officer who also started the incident by pulling the inmate in cell 109 or 110 out of his cell and begin beating him with Hand cuffs. Defendant J. Allen put plaintiff health at risk by standing by the fire and doing nothing to put the fire out Plaintiff asked C/O officer for medical attention and Defendant denied Plaintiff medical attention by saying die; these actions were cruel and deliberate indifference

"Defendant" Lt Buczkowski was in charge of tact team and failed to protect plaintiff health and saftey by throwing two cans of mace inside cell 129. Defendant also stated to plaintiff that he would receive no medical attention, Defendant also stated stick your head in the shiter; Defendant denied plaintiff protection by allowing the incident to get out of hand by standing by and letting the fire burn

"Defendant" Med-tech Thomas denied plaintiff medical attention which is plaintiff constitutional right, plaintiff asked med-tech thomas for medical attention on the date of may 26th defendant stated he can't help his hands is tied med-tech thomas saw that plaintiff was coughing up bleck smoke and refused breathing treatments; plaintiff asked med-tech thomas for medical attention time after time and med-tech thomas stood by and gave no attention to any inmates his action were cruel and unusual punishment and deliberate. Defendant also stated this is what happens when you mess with staff

③

Defendant LT Mark Wilson Subjected Plaintiff to cruel and unusual Punishment, where LT, Wilson was along with Sgt Grant and Started the incident but put chemical Agents into the air trying to Spray an inmate in his face. LT, Wilson also failed to Protect the Plaintiff when he stood by laughing and letting the fire burn without trying to put the fire out. Plaintiff also asked LT Wilson for medical attention LT Wilson Refused to protect plaintiff health and saftey

IN Re:

## Declaration

Declaration under penalty of perjury of Anthony Conley
I Anthony Conley, being competent to make this declaration and having personal knowledge of the matter stated Herein, declares pursuant to 28 U.S.C. § 1746:

1. That on the night of May 26, 2005 when a incident took place in F-house that I witness Jeffery Latham call out to L.t. Davis personally requesting to have the fire put out.

2. Then later on I saw Jeffery Latham at his cell door asking for medical attention and again L.t. Davis response was let that shit burn and did not attempt to call nobody for medical at all.

3. I personally ask Jeffery Latham to tell L.t. Davis to come to my cell that I need to talk to him due to his long term experience with inmate's at Stateville Corr. c.t.r. but L.t Davis just waived us off and kept on standing in front of the unit with his fello comrade's.

4. Than some time later I could hear Jeffery Latham telling the official's that he was having problem's breathing and that he has heart problem's and he's an asthmatic.

Pursuant to 28 U.S.C. § 1746 I declare under penalty of perjury that the foregoing is true and correct. Executed on Dec. 15, 2007

*Anthony Conley*
Anthony Conley

## Declaration

Declaration under Penalty of perjury of <u>Jeffery Latham</u>

I Mr, Jeffery Latham, being Competent to make this declaration and having personal knowledge of the matters stated therein, declares Pursuant to 28 U.S.C. § 1746:

1. on the Night of May 26-2005 while I Mr, Jeffery Latham was Residing in a cell right above the Med-tech office in F-house on 2, gallery Personally seen everything that took place,

2. I saw Sgt. and his Fello Comrade beating the inmate in Cell F-110 or 109 and after that Sgt, Grant was walking around the unit talking crazy to inmates while smoking a cig, and he flicked his cig, in the pile of trash and sometime later the trash was burning.

3. I personally heard and saw L.t Davis tell his Fello comrade to let that shit Burn and after awhile the unit was full of Black smoke and the top galleries was just dark spot and I and Anthony Conley and other inmates started to ask the 96's and L.t's to put the fire out as the Electricity was turned off and that mean's Nd air or water.

4. After all of request for medical attention there was not any given to I or Anthony Conley I could see Conley ask for some medical attention from the correctional officials.

*Jeffery Latham*

Jeffery Latham
#B30158
P.o. Box 1700
Galesburg IL