IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
MAR - 5 2008
Mar. 5, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JEFFERY LATHAM, )
      Plaintiff, )
)
)
v. ) Case No. 08C0303
)
JOSEPH BURKE, et al., )
      Defendant(s). )
)

## MOTION FOR ENLARGEMENT OF TIME INSTANTER

NOW COMES Jeffery Latham, pro se, and moves this Honorable Court, pursuant to Federal Rules of Civil Procedure, rule 6(b), to consider the foregoing MOTION FOR ENLARGEMENT OF TIME INSTANTER, of 90 days, upto and including May 2008.

An affidavit is appended in support of the foregoing motion.

**WHEREFORE,** Movant prays the Court to allow his motion.

_____
Movant

STATE OF ILLINOIS )
                    ) SS:
COUNTY OF Cook )

FILED
MAR - 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## AFFIDAVIT

I, Jeffery Latham, Inst. No. B30158, hereby declare under penalty of perjury that the following is true and correct based upon my personal knowledge and that I am competent to testify thereto if called upon as a witness.

#1 That the Plaintiff is coming before the Court Pro Se

#2 Plaintiff cannot get to the Law-Library to do Research by once a week

#3 Plaintiff is trying to Request all institutional transfer receipt from Stateville durning the transfer and to show the Retaliation against Plaintiff by Staff at Stateville Correctional Center who deliberately destroyed Plaintiff's Personal mail and paperwork such as grievances and other paperwork to do with this situation of May 26th 05

#4) Plaintiff is also trying to get copies of transfer Receipts from Menard Correctional Center to show why Plaintiff filed his complaint untimely

#5) Plaintiff only Received notice of dismissal on Feb-21th 08 from Hill Corr Center Reg Mail not legal-Mail

                                                 Jeffery Latham
                                                      AFFIANT

Signed before me this 27 day of Feb, 2008.

_____
NOTARY PUBLIC

OFFICIAL SEAL
GARETH L. BEAMS
Notary Public - State of Illinois
My Commission Expires Sep 21, 201_

I, Jeffery Latham, being duly sworn do repose and state that the attached Affidavit is true and correct in substance and fact to the best of my knowledge.

/s/ Jeffery Latham
Petitioner
#B30158
Hill Correctional Center
P.O. Box 1700
Galesburg, Illinois 60641

Subscribed and sworn to before me this 27 day of Feb, 2008.

_____
Notary Public

OFFICIAL SEAL
GARETH L. BEAMS
Notary Public - State of Illinois
My Commission Expires Sep 21, 2011

Expiration of Commission

## NOTICE OF FILING

TO: Clerk of The U.S District Co United States Court Hous

TO: U.S District Co

TO: United States Court Hous

Please take notice on Feb-28, 2008, I filed with Cook County Court the attached Motion for Enlargement of time 1 copy(ies) of which are served on you.

/s/ Jeffery Latham

## AFFIDAVIT OF SERVICE

STATE OF ILLINOIS  )
                   )
COUNTY OF          )

I, Jeffery Latham, being sworn state that I served the attached notice on the above named person(s) by placing a true and correct copy in an envelope(s), addressed as shown above, with the proper U.S. postage on each and deposited the envelope(s) in the U.S. Mail at Hill- Galesburg, Illinois, 60641, on or about the hour of Feb-28th on _____, 2008.

/s/ Jeffery Latham

Revised Jan 2002