United States District Court For The
Northern District Of Illinois
Eastern Division

Jeffery Latham #B30158

v.

Joseph Burke et; al

Case No- 08C0303

Notice Of Appeal

**FILED**
APR 1 1 2008
April 11 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Notice is hereby given that I JEFFERY LATHAM, Plaintiffs in the above named case. hereby appeal to the United States District Court. From the final Judgment entered in this action on the 2-12-2008

(s) Jeffery Latham
#B-30158

STATE OF ILLINOIS )
) SS
COUNTY OF Cook )

## AFFIDAVIT

I, Jeffery Latham being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

Plaintiffs is Filing Pro se

Plaintiffs did not Receive notice of dismissal until 2-24-08

Hill Correctional Center does not treat Civil legal Mail as Priority legal-mail.

Plaintiff cannot attend Law Library as needed to Research cases, only once a week.

Hill Correctional Center Refuses to supply any legal materials, Therefore Plaintiffs has to wait 14 days to buy legal material to take care of legal matters.

Plaintiffs is trying to show this court that this lateness of Filing Notice of appeal is not due to Plaintiff Negligence. Hill Corr Center Law Library is often closed, there is only one Law Clerk

_____
AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 3rd DAY Apr 1, 2008

_____
NOTARY PUBLIC

OFFICIAL SEAL
REBECCA J. BURGIN
Notary Public - State of Illinois
My Commission Expires Feb 22, 2011

OFFICIAL SEAL
REBECCA J. BURGIN
Notary Public - State of Illinois
My Commission Expires Feb 22, 2011

## AFFIDAVIT OF SERVICE

I, _Jeffery Latham_, state that I served a copy of the document to which this affidavit is attached upon each party, or, if represented by counsel, upon the attorney of record for said party(ies) by enclosing the same in a sealed envelope plainly addressed as is disclosed by the pleadings of record herein and by depositing each of such envelopes in the box designated for United States mail at _Hill_ Correctional Center, _Galesburg_ Illinois, together with the appropriate request to the prison official responsible to affix fully prepaid postage thereon, on this _____ day of _____, 20___.

_____
(Signature)

## VERIFICATION

I, _Jeffery Latham_, the undersigned, certify and state that:

1. I am the (Petitioner/Respondent) in the above captioned legal matter.

2. I have read the foregoing application and have knowledge of its contents;

and

3. Under penalties as provided by law pursuant to sec. 1-109 of the Code of Civil Procedure, I certify that the statements set forth in the foregoing motion and this affidavit are true and correct except as to matters therein stated to be on information and belief, and as to such matters I certify that I believe the same to be true.

_____
(Your Signature)

Revised Jan 2002