United States District Court for the
Northern District of Illinois
Eastern Division

Jeffery Latham #B30158

v.

Joseph Burke et; al

Case No- 08C0303

Notice of Appeal

**FILED**
APR 1 1 2008
April 11 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Notice is hereby given that I JEFFERY LATHAM, Plaintiffs in the above Named Case. hereby appeal to the United States District Court. From the final Judgment entered in this action on the 2-12-2008

(s) Jeffery Latham
#B-30158

STATE OF ILLINOIS )
) SS
COUNTY OF Cook )

## AFFIDAVIT

I, Jeffery Latham being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

Plaintiffs is Filing Pro se

Plaintiffs did not Receive Notice of dismissal until 2-24-08 Hill Correctional Center does not treat Civil legal Mail as Priority legal-mail.

Plaintiff Cannot attend Law Library as Needed to Research Cases, only once a week.

Hill Correctional Center Refuses to Supply any legal Materials, Therefore Plaintiffs has to wait 14 days to buy legal material to take Care of legal Matters.

Plaintiffs is trying to Show this Court that this lateness of Filing Notice of appeal is not due to Plaintiff Negligence. Hill Corr Center Law Library is often Closed. there is only one Law Clerk

_____
AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 3rd DAY April, 2008

_____
NOTARY PUBLIC

OFFICIAL SEAL
REBECCA J. BURGIN
Notary Public - State of Illinois
My Commission Expires Feb 22, 2011

OFFICIAL SEAL
REBECCA J. BURGIN
Notary Public - State of Illinois
My Commission Expires Feb 22, 2011

## AFFIDAVIT OF SERVICE

I, Jeffery Latham, state that I served a copy of the document to which this affidavit is attached upon each party, or, if represented by counsel, upon the attorney of record for said party(ies) by enclosing the same in a sealed envelope plainly addressed as is disclosed by the pleadings of record herein and by depositing each of such envelopes in the box designated for United States mail at Hill Correctional Center, Galesburg Illinois, together with the appropriate request to the prison official responsible to affix fully prepaid postage thereon, on this _____ day of _____, 20___.

_Jeffery Latham_
(Signature)

## VERIFICATION

I, Jeffery Latham, the undersigned, certify and state that:

1. I am the (Petitioner/Respondent) in the above captioned legal matter.

2. I have read the foregoing application and have knowledge of its contents;

and

3. Under penalties as provided by law pursuant to sec. 1-109 of the Code of Civil Procedure, I certify that the statements set forth in the foregoing motion and this affidavit are true and correct except as to matters therein stated to be on information and belief, and as to such matters I certify that I believe the same to be true.

_Jeffery Latham_
(Your Signature)

Revised Jan 2002

# SEVENTH CIRCUIT COURT OF APPEALS INFORMATION SHEET

Include the names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use a separate sheet if needed.

NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION DOCKET NUMBER: 08 cv 303

| PLAINTIFF (Petitioner) | v. | DEFENDANT (Respondent) |
|---|---|---|
| Latham/appellant | | Burke/appellee |

(Use separate sheet for additional counsel)

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | Jeffery Latham | Name | |
| Firm | pro-se #B-30158 | Firm | Il. Dept. Of Corrections |
| Address | Hill - HIL<br>P.O. Box 1700<br>Galesburg, Il. 61401 | Address | 100 West Randolph<br>Suite 4-200<br>Chgo.Il. 60601 |
| Phone | | Phone | |

| Other Information | | | |
|---|---|---|---|
| District Judge | Holderman | Date Filed in District Court | 2/12/08 |
| Court Reporter | C. Conway   X-5594 | Date of Judgment | 2/12/08 |
| Nature of Suit Code | 555 | Date of Notice of Appeal | 4/11/08 |

COUNSEL:    Appointed [ ]    Retained [ ]    Pro Se [X]

FEE STATUS:    Paid [ ]    Due [X]    IFP [ ]

IFP Pending [ ]    U.S. [ ]    Waived [ ]

Has Docketing Statement been filed with the District Court Clerk's Office?    Yes [ ]    No [X]

If State/Federal Habeas Corpus (28 USC 2254/28 USC 2255), was Certificate of Appealability:

Granted [ ]    Denied [ ]    Pending [ ]

If Certificate of Appealability was granted or denied, date of order: _____

If defendant is in federal custody, please provide U.S. Marshall number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(A).   Rev 04/01**

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James F. Holderman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 303 | **DATE** | 2/12/2008 |
| **CASE TITLE** | Jeffery Latham vs. Joseph Burke, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff Jeffery Latham's application for leave to proceed *in forma pauperis* ("IFP") [3] is denied. Latham's complaint [1] is dismissed with prejudice as time-barred.

■[ For further details see text below.]   Notices mailed.

### STATEMENT

Requests to proceed IFP are reviewed under 28 U.S.C. § 1915. To ensure that indigent litigants have meaningful access to the courts, § 1915 allows an indigent litigant to commence an action in federal court without paying the administrative costs of the lawsuit. *Denton v. Hernandez*, 504 U.S. 25, 27 (1992); *Neitzke v. Williams*, 490 U.S. 319, 324 (1989). The court is required to deny a request to proceed IFP if (1) the allegation of poverty is untrue, (2) the action is frivolous or fails to state a claim, or (3) the action seeks monetary relief against an immune defendant. 28 U.S.C. § 1915(e)(2); *see Neitzke*, 490 U.S. at 324.

Latham's complaint fails to state a claim because the face of the complaint demonstrates that Latham's claim is time-barred. The timeliness of a cause of action under 42 U.S.C. § 1983 is governed by the state's statute of limitations for personal injury. *Jenkins v. Village of Maywood*, 506 F.3d 622, 623 (7th Cir. 2007). In Illinois the statute of limitations for personal injury actions is two years. 735 ILCS 5/13-202; *Evans v. City of Chicago*, 434 F.3d 916, 934 (7th Cir. 2006). Accordingly, civil rights actions brought in federal courts in Illinois are subject to a two-year limitations period. *Jenkins*, 506 F.3d at 623; *Evans*, 434 F.3d at 934. Sua sponte dismissal based on an affirmative defense is appropriate where the validity of the defense is apparent from the face of the complaint and so unmistakable that the action is frivolous. *Walker v. Thompson*, 288 F.3d 1005, 1010 (7th Cir. 2002). Here, Latham alleges injury arising from events that occurred in May 2005. Latham, however, did not file his complaint until January 2008. Latham's failure to file his complaint within two years of the events forming the basis of his complaint is fatal to his claim. Consequently, Latham's application to proceed IFP is denied, and his complaint is dismissed with prejudice.

Courtroom Deputy Initials:

APPEAL, PC, TERMED, VALDEZ

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.1.3 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:08-cv-00303
### Internal Use Only

| | |
|---|---|
| Latham v. Burke et al | Date Filed: 02/12/2008 |
| Assigned to: Honorable James F. Holderman | Date Terminated: 02/12/2008 |
| Cause: 42:1983 Prisoner Civil Rights | Jury Demand: None |
| | Nature of Suit: 555 Civil Rights (Prison Condition) |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Jeffery Latham**　　　　　　　represented by　**Jeffery Latham**
B-30158
Hill - HIL
P.O. Box 1700
Galesburg, IL 61401
PRO SE

V.

**Defendant**

**Joseph Burke**

**Defendant**

**Lt. Buczlowski**

**Defendant**

**LT. Davis**

**Defendant**

**Lt. Brown**

**Defendant**

**Lt. Sawer**

**Defendant**

**Lt Givens**

**Defendant**

**J. Allen**
*C/O*

**Defendant**

**Sgt. Grant**

**Defendant**

**Med-Tech Thomas**

**Defendant**

**Dee Battagia**
*Warden*

**Service List**                    represented by    **Illinois Department of Corrections**
100 West Randolph, Suite 4-200
Chicago, IL 60601
*ATTORNEY TO BE NOTICED*

**Prisoner Correspondence - Internal Use Only**
Email: Prison1_ILND@ilnd.uscourts.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 01/14/2008 | 1 | RECEIVED Complaint and 11 copies by Jeffery Latham; (Attachment). (gej, ) (Entered: 01/15/2008) |
| 01/14/2008 | 2 | CIVIL Cover Sheet (gej, ) (Entered: 01/15/2008) |
| 01/14/2008 | 3 | APPLICATION by Plaintiff Jeffery Latham for leave to proceed in forma pauperis. (gej, ) (Entered: 01/15/2008) |
| 01/14/2008 | 4 | POST MARKED envelope for initiating document by Jeffery Latham (Document not scanned) (aew, ) (Entered: 01/15/2008) |
| 02/12/2008 | 5 | MINUTE entry before Judge James F. Holderman : Plaintiff Jeffery Latham's application for leave to proceed in forma pauperis ("IFP") 3 is denied. Latham's complaint 1 is dismissed with prejudice as time-barred. Civil case terminated. Mailed notice (am) (Entered: 02/12/2008) |
| 03/05/2008 | 6 | MOTION by Plaintiff Jeffery Latham for enlargement of time instanter; (Attachment). (gej, ) (Entered: 03/10/2008) |
| 04/11/2008 | 7 | NOTICE of appeal by Jeffery Latham regarding orders 5 (Fee Due) (dj, ) (Entered: 04/16/2008) |
| 04/16/2008 | 8 | NOTICE of Appeal Due letter sent to counsel of record (dj, ) (Entered: 04/16/2008) |