
**FILED**
**APRIL 16, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



| Dirksen Federal Building | Office of the Clerk |
|---|---|
| Room 2722 - 219 S. Dearborn Street | Phone: (312) 435-5850 |
| Chicago, Illinois 60604 | www.ca7.uscourts.gov |

## NOTICE OF DOCKETING - Short Form

April 16, 2008

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 08-1911
>
> Caption:
> JEFFERY LATHAM,
> Plaintiff - Appellant
>
> v.
>
> JOSEPH BURKE, et al.,
>  Defendants - Appellees
>
> District Court No: 1:08-cv-00303
> Court Reporter Colleen Conway
> Clerk/Agency Rep Michael Dobbins
> District Judge James Holderman
>
> Date NOA filed in District Court: 04/11/2008

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**

form ID: **188**