

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
  **CLERK**                                                                                             312-435-5670

May 1, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois  60604

RE: Latham -v- Burke

U.S.D.C. DOCKET NO. : 08 cv 303

U.S.C.A. DOCKET NO. : 08-1911

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

  VOLUME(S) OF PLEADING(S)            *1 Volume of Pleadings*

  VOLUME(S) OF TRANSCRIPT(S)

  VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

                                                    Very truly yours,

                                                    Michael W. Dobbins, Clerk

                                                    By:_____
                                                         D. Jordan, Deputy Clerk

**I, MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

*1 Volume of Pleadings*

In the cause entitled: Latham -v- Burke.

USDC NO.   : 08 cv 303

USCA NO.   : 08 - 1911

        IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 1st day of May 2008.

        MICHAEL W. DOBBINS, CLERK

        By: _____
           D. Jordan, Deputy Clerk

APPEAL, PC, TERMED, VALDEZ

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.1.3 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:08-cv-00303
### Internal Use Only

Latham v. Burke et al
Assigned to: Honorable James F. Holderman
Case in other court: 08-01911
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 02/12/2008
Date Terminated: 02/12/2008
Jury Demand: None
Nature of Suit: 555 Civil Rights (Prison Condition)
Jurisdiction: Federal Question

**Plaintiff**

**Jeffery Latham**                                   represented by **Jeffery Latham**
                                                                   B-30158
                                                                   Hill - HIL
                                                                   P.O. Box 1700
                                                                   Galesburg, IL 61401
                                                                   PRO SE

V.

**Defendant**

**Joseph Burke**

**Defendant**

**Lt. Buczlowski**

**Defendant**

**LT. Davis**

**Defendant**

**Lt. Brown**

**Defendant**

**Lt. Sawer**

**Defendant**

**Lt Givens**

**Defendant**

**J. Allen**
*C/O*

**Defendant**

Sgt. Grant

**Defendant**

Med-Tech Thomas

**Defendant**

Dee Battagia
*Warden*

**Service List**　　　　　　　　　　　represented by　**Illinois Department of Corrections**
100 West Randolph, Suite 4-200
Chicago, IL 60601
*ATTORNEY TO BE NOTICED*

**Prisoner Correspondence - Internal Use Only**
Email: Prison1_ILND@ilnd.uscourts.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/14/2008 | 1 | RECEIVED Complaint and 11 copies by Jeffery Latham; (Attachment). (gej, ) (Entered: 01/15/2008) |
| 01/14/2008 | 2 | CIVIL Cover Sheet (gej, ) (Entered: 01/15/2008) |
| 01/14/2008 | 3 | APPLICATION by Plaintiff Jeffery Latham for leave to proceed in forma pauperis. (gej, ) (Entered: 01/15/2008) |
| 01/14/2008 | 4 | POST MARKED envelope for initiating document by Jeffery Latham (Document not scanned) (aew, ) (Entered: 01/15/2008) |
| 02/12/2008 | 5 | MINUTE entry before Judge James F. Holderman : Plaintiff Jeffery Latham's application for leave to proceed in forma pauperis ("IFP") 3 is denied. Latham's complaint 1 is dismissed with prejudice as time-barred. Civil case terminated. Mailed notice (am) (Entered: 02/12/2008) |
| 03/05/2008 | 6 | MOTION by Plaintiff Jeffery Latham for enlargement of time instanter; (Attachment). (gej, ) (Entered: 03/10/2008) |
| 04/11/2008 | 7 | NOTICE of appeal by Jeffery Latham regarding orders 5 (Fee Due) (dj, ) (Entered: 04/16/2008) |
| 04/11/2008 | 11 | POST MARKED envelope for notice of appeal by Jeffery Latham (Document not scanned) (aew, ) (Entered: 04/18/2008) |
| 04/16/2008 | 8 | NOTICE of Appeal Due letter sent to counsel of record (dj, ) (Entered: 04/16/2008) |
| 04/16/2008 | 9 | TRANSMITTED to the 7th Circuit the short record on notice of appeal |

|  |  | 7 . Notified counsel (dj, ) (Entered: 04/16/2008) |
| --- | --- | --- |
| 04/16/2008 | 10 | ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 7 ; USCA Case No. 08-1911. (gej, ) (Entered: 04/17/2008) |
| 04/21/2008 | 12 | CIRCUIT Rule 3(b) Notice (gej, ) (Entered: 04/23/2008) |

**KEY**

All circled items are included in this record.
All crossed out items are not included in the record.
S/C:  These items are sent under a separate certificate.
N/A:  These items are not available.