IN THE CIRCUIT COURT FOR THE <u>SEVENTH</u> JUDICIAL CIRCUIT
<u>COOK</u> COUNTY, ILLINOIS

**FILED**
May 6, 2008
MAY 6 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PEOPLE OF THE STATE OF ILLINOIS, )
Plaintiff, Jeffery Latham )
)
vs. )  Case No. 08C0303
)
Joseph Burke et, al. )  James Holderman
Defendant. )  Judge Presiding

## MOTION FOR APPOINTMENT OF COUNSEL
## OTHER THAN THE PUBLIC DEFENDER

NOW COMES <u>Jeffery Latham</u>, pro se, Defendant herein and pursuant to Chapter 55, Sec. 5/3-4006 and 705 ILCS 35/25, respectfully moves this Honorable Court to appoint counsel other than the Public Defender, in the above entitled cause.

In support thereof Defendant states the following:

1. Defendant is: (check appropriate letter)

\_\_\_\_ A) Presently before this Court facing criminal felony offense(s) of:_____.

_X_ B) seeking appeal of his conviction before this Court in which the Public Defender represented him before the Court and claim(s) of inadequate counsel are being raised against the State representation or attorney misconduct, which Defendant feels would create a conflict of interest for the State to represent his interest against the Public Defender's action(s) and/or inaction in the Trial Court.

2. Defendant believes that he would be extremely prejudiced by representation from the State Public Defenders office in this cause.

1

3. Defendant states the following facts in support of this motion as to counsel's inadequacies and/or disadvantages to having representation from the Public Defender's office *That Defendant is filling Pro'se and do not fully understand the Law and needs Counsel's Help.*

(Attach additional page(s) if needed).

4. Defendant avers that his rights have been and/or shall continue to be substantially harmed and prejudiced by the continued representation by the State Public Defender, or resulting in an absolute conflict of interest (see e.g., People v. Albanese, 125 Ill.2d 100; and People v. Washington, 101 Ill.2d 104 (1984)).

WHEREFORE, Defendant prays the Court to appoint counsel other than the Public Defender in the above captioned cause.

Respectfully submitted,

*[signature: Jeffery Lathan]*

2

IN THE
UNITED STATES
DISTRICT COURT
Northern District of Illinois

JEFFER LATHAM
Plaintiff,

Case No. 08C0303

v.

JOSEPH BURKE, et al,
Defendant

## PROOF/CERTIFICATE OF SERVICE

TO: UNITED STATES          TO:

DISTRICT COURT
219 South Dearborn Street
Chicago Illinois
Northern District of Illinois

PLEASE TAKE NOTICE that on 4-29, 2008, I have placed the documents listed below in the institutional mail at Hill Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: 4-29-2008.
Hill Correctional Center P.O. Box 1700
Galesburg Illinois 61401

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 4-29-2008

/s/ Jeffery Latham
NAME: Jeffery Latham
IDOC#: B30158
Hill Correctional Center
P.O. BOX 1700
Galesburg, IL 61401

Revised Jan 2002

Plaintiff Jeffery Latham  Case No. 08C0303.
is writing the Court asking the Court to Except
this letter as an Extention of time.

Plaintiff Did Not Receive copy of the Notice of Appeal
until 4-21-2008. And Hill Corr Center was on
lockdown From 4-4-2008 - until 4-22-2008 and
Plaintiff Could not do any Research on the matter.

Hill Correctional Center Dose Not treat Civil
Legal Mail as Legal Mail unless the Court Stampes
the Mail as Legal Mail therefore the Mail is
withheld for at least five to six days before
Inmate recives the mail.

Thank you for your Time    #B30158
              Jeffery Latham