# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## PLRA SHOW CAUSE ORDER

July 08, 2008

| | |
|---|---|
| | JEFFERY LATHAM, <br> Plaintiff - Appellant |
| No.: 08-1911 | v. |
| | JOSEPH BURKE, et al., <br> Defendants - Appellees |

On May 29, 2008, the district court issued an order directing the pro se appellant to pay the initial partial filing fee of $9.00. The pro se appellant has not tendered the fee. Accordingly,

**IT IS ORDERED** that the pro se appellant SHOW CAUSE, by July 22, 2008 why this appeal should not be dismissed for for failure to pay the initial partial filing fee.

form name: c7_PLRA_RSC (form ID: 164)

**FILED**

JUL 09 2008 TG
Jul 9, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT