To Hon. James F. Holderman

Case No 08-C-303

From Jeffery Latham B30158

I am writing in regards to the order dated August 4th 2008. The order states for the appellant, on or before August 18th 2008 to file a brief memorandum stating why this appeal should not be dismissed.

As of 8-11-08 this unit has been put on level one lockdown and refuses to honor the order from the court, therefore I cannot attend the law library to do the legal research need because I am filing Pro-se and do not understand the law.

I am truly begging the court not to dismiss the appeal, Hill Correctional Center will not honor the order or will not except civil legal mail as priority mail simply because the mail is addressed from the office of the clerk and not the court it's self.

Appellant is asking the court to extend because this unit is on lockdown and appellant needs legal assistance. I do not know how long this unit will be on lockdown therefore I beg the court for at least 10 day to get legal assistance. Thank you for your time.

Jeffery Latham B30158
8-12-08

FILED
AUG 2 0 2008
MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT